

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE MARTINEZ, | § | No. 08-17-00165-CR |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | County Court at Law No 1 |
| THE STATE OF TEXAS, | | |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC#20160C07540) |
| | § | |

# **O R D E R**

The Court on its own motion ORDERS the Official Court Reporter for County Court at Law No. 1 of El Paso County, Texas, to electronically submit a supplemental reporter's record containing State's Exhibit No. 8, a video statement admitted at trial. The supplemental reporter's record is due with this Court on or before July 17, 2019.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.